RECEIVED

NOV 2 7 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 6:09CR00006-01** |
| **VERSUS** | **JUDGE DOHERTY** |
| **MICHAEL VESPA** | **MAGISTRATE JUDGE HILL** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓      The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___      The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Lafayette_, Louisiana, this _27_ day of _Nov._, 2012.

_____
Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE